FRANK SODOMKA, APPELLEE, v. CUDAHY PACKING COMPANY, APPELLANT.

FILED JULY 3, 1917. No. 19224.

APPEAL from the district court for Douglas county: LEE S. ESTELLE, JUDGE. *Reversed.*

*James C. Kinsler,* for appellant.

*William R. Patrick* and *C. J. Southard,* contra.

SEDGWICK, J.

This action is based upon the same facts involved in *Sodomka v. Cudahy Packing Co., ante,* p. 446. That was an action by the young man who was injured by the accident. This case is by his father to recover for loss of services of his son. There was a verdict and judgment for the plaintiff.

For the reasons there given, the judgment is reversed and the cause remanded.

REVERSED.

MORRISSEY, C. J., dissents.

LETTON, J., not sitting.